IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  24–39–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANTE MAURICE ANTHONY, | |
| Defendant. | |

Before the Court is Defendant's unopposed motion for extension. (Doc. 19.) Through the motion, Defendant requests a two-week extension of the deadline to file pretrial motions. (*Id.* at 1.) The Government does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED. Defendant shall file any pretrial motions on or before February 7, 2025.

DATED this 24th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court