IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANTE MAURICE ANTHONY,<br><br>Defendant. | CR 24–39–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Shante Maurice Anthony's opposed motion for temporary release from custody. (Doc. 39.) Through the motion, Defendant requests that the Court release him from custody on April 16, 2025, to attend the funeral service of Defendant's cousin in Reno, Nevada. (*Id.* at 2.)

Having reviewed the details of this case, the Court finds that a release from custody is not appropriate.

Accordingly, IT IS ORDERED that the motion (Doc. 39) is DENIED.

DATED this 14th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court